■

## STATE

v.

### Kevin MURPHY et al.

### No. 79–456–M.P.

Supreme Court of Rhode Island.

Dec. 20, 1979.

Dennis J. Roberts II, Atty. Gen., Stephen Lichatin III, Special Asst. Atty. Gen., Edwards & Angell, Knight, Edwards, Joseph V. Cavanagh, Jr., John D. Deacon, Providence, for The Providence Journal.

John D. Lynch, Warwick, for respondent.

### ORDER

The petition for writ of certiorari is denied as moot.

DORIS, J., did not participate.

■

## STATE

v.

### Kevin MURPHY et al.

### No. 79–457–M.P.

Supreme Court of Rhode Island.

Dec. 20, 1979.

Dennis J. Roberts II, Atty. Gen., Stephen Lichatin III, Special Asst. Atty. Gen., Chief, Appellate Division, for petitioner.

John D. Lynch, Warwick, for respondents.

### ORDER

The petition for writ of certiorari is denied as moot.

DORIS, J., did not participate.

■

## STATE

v.

### John A. SANTILLI.

### No. 79–434–M.P.

Supreme Court of Rhode Island.

Dec. 20, 1979.

Dennis J. Roberts II, Atty. Gen., Stephen Lichatin III, Special Asst. Atty. Gen., Chief, Appellate Division, for petitioner.

John F. Cicilline, Providence, for respondent.

### ORDER

The motion for counsel fee is denied.

DORIS, J., did not participate.

■

### UNITED STATES of America

v.

### PUBLIC UTILITIES COMMISSION.

### No. 76–249–M.P.

Supreme Court of Rhode Island.

Dec. 20, 1979.

Lincoln C. Almond, Everett C. Sammartino, Carl I. Freedman, Rhode Island Legal